# EXHIBITS

Letter of Nathan Boddie . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXHIBIT 1

Documentation and Certificate, Providence Center Drug Treatment Program . . . . . . . EXHIBIT 2

Letter of Kevin D. Hearn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXHIBIT 3

Letter of Luan Vokshi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXHIBIT 4

Letter of Sean Hearn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXHIBIT 5

Letter of Jill Giordano . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXHIBIT 6

Letter of Carol Wells Giordano . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXHIBIT 7

Transcript of Courses Completed at Wyatt Detention Center . . . . . . . . . . . . . . . . . . . EXHIBIT 8