September 8,  2023

Dear Judge Talwani:

I know you will be hearing a lot about me in the Presentence Report, but I wanted to write to you myself about how I got to this place in my life and my hopes for the future.  I would like to say first that I know that what I did was completely wrong.  I am embarrassed at the position I find myself in, and I have no one to blame but myself.  I want you to understand, though, that my offense conduct does not totally define or explain who I am as a person.

I grew up in Franklin, Massachusetts.  We were one of the few Black families in town.  My parents were Jehovah's Witnesses, and the Church was a big part of our life.

My parents divorced when I was nine.  My Dad was shunned by the Church, and I lived with my Mom.  She became very depressed and attempted suicide.  When I was 10 or 11, I was sexually abused repeatedly by a Church official.  I never told anyone, including my Mom, about it because I didn't want to upset her.

I graduated from Tri-County Technical High School in 2002 with an HVAC Certificate.  I then went to night school for three years while working for a plumbing company during the day to earn my plumbing license.  After getting my license,  I continued to work full-time for a local plumbing company.  I earned a decent income and supported myself financially.

In 2008, when I was 23, I suffered a serious snowboarding injury.  I was out of work for several months.  I was in lots of pain and prescribed Percocet.  Unfortunately, that led  to an addiction to opiates which got worse over time.  I started buying Percocets on the street, then moved on to heroin and fentanyl.

By 2015, my addiction was pretty much out of control.  Then, my Mom lost her battle with cancer.  I became extremely depressed and lost my job and my apartment in short order.  I became homeless while remaining addicted to drugs.  This was the lowest point in my life, and I thought many times about committing suicide.

– EXHIBIT   1   –

In 2017, I was arrested for shoplifting. I decided to ask for help, and the Court agreed to send me to a residential drug treatment program. This was the best thing that had ever happened to me.

In September 2018, I was admitted to the Men's Roads to Recovery Program in Rhode Island. I successfully completed that 90-day program. It taught me a lot about taking responsibility for my own decisions and understanding how to cope with my addiction. After that, I was admitted to the Nine Yards Transitional House in Pawtucket where I spent the next year staying sober and getting follow-up addiction services. While there, I purchased a truck so I could start working for myself doing plumbing and HVAC jobs in the area.

Unfortunately, the pandemic began around the time I started working for myself. I truly was not prepared for running a business, especially with everything that was going on. I was extremely stressed and cut off from my addiction meetings and support system and I relapsed into using drugs, especially meth. I know that is no excuse, and it is my fault for not using the tools I had learned in treatment to stay away from drugs.

As time went on, my drug use became worse and worse and I fell back into my old lifestyle of hustling and using. I was pretty much out of control when I was arrested in February 2023.

I have been locked up since February and have spent a lot of time reflecting on how I can change for the better and break this self-destructive cycle.. I realize that I can be impulsive and that sometimes leads to making bad decisions. I know that I want to stay sober, work hard, and lead a constructive life. I am still pretty young. I would like to raise a family and contribute in a positive way to my community. I don't want to waste my life as a deadbeat drug addict. But I also know I am going to need treatment and support from others so I don't fall off the wagon again. I will always be in recovery, but I need to ask for and get help when I feel myself slipping.

I know that I am going to have to spend years in prison before I have another opportunity to make good on my hopes and aspirations for the future. After Your Honor sentences me in this case, I still have to deal with pending state cases in Rhode Island. I don't know what the future will hold for me, but I ask you to please give me some hope by showing me some light at the end of this long tunnel. I promise I won't let you down. Thank you for taking the time to read my letter.

Respectfully yours,

Nathan Boddie



The Providence
**CENTER**
*Healthy minds for healthy lives*

528 North Main Street
Providence, Rhode Island 02904
phone: (401) 528-0123 • (800) 456-0300
fax: (401) 528-0124
email: info@provctr.org

www.providencecenter.org

Today's date: 12/6/18
NB 2442430/301059816

To Whom It May Concern,

This letter is to verify that Mr. Nathan Boddie (birthdate: 4/19/84), was admitted here to Men's Roads to Recovery on 9/7/18, and successfully completed on 12/6/18.

The following is a description of services client had while at our program. The Roads to Recovery Program provides residential level of care 24/7 substance abuse treatment for persons with a substance use and/or psychiatric problems. The program provides a safe and therapeutic environment that serves in assisting our residents in their needed behavior and attitude change. We guide them in developing pro-social goals, values, and behaviors. We work with them to increase their knowledge and skill in both addiction and mental health issues. Help them to develop increased coping and relapse prevention skills. The Roads to Recovery Program also assists individuals to succeed in their transition to their community and to the next best level of care.

Services

Toxicology Screens 3x weekly

- Bio psychosocial assessment
- Referral for psychiatric evaluation
- Weekly individual counseling
- Psychoeducational groups (substance abuse/addiction, symptom management, relapse prevention)
- Trauma issue group
- Weekly process groups
- Crisis Intervention
- Recreation
- Anger Management
- Men's Trauma and Violence Groups
- In-house and community self-help meeting daily
- Case management
- Coordination of Care
- Comprehensive Discharge Plan

Hours and Days of Operation. This 41-bed unit operates twenty-four (24) hours a day, seven (7) days a week.
Sincerely,

Vanessa Apostolou, LICSW, LCDP, Clinician
The Providence Center
Men's Roads to Recovery



- EXHIBIT 2 -



# Certificate of Completion

This certifies that
*Nathan Boddie*
has completed the
*Residential Treatment Program*
at the The Providence Center

Lauren D'Andrea
Program Manager                     12/6/18
                                    Date

Clinician                           12/6/18
                                    Date

2442430/30105981

August 1, 2023

The Honorable Indira Talwani
United States District Judge
United States District Court for the District of Massachusetts
Moakley Federal Courthouse
Boston, MA 02210

**Re:** Nathan Boddie

Dear Judge Talwani:

My name is Kevin Hearn and I'm writing on behalf of Nathan Boddie. I'm a business owner and real estate investor. I met Nathan about 7 years ago while he was working for a plumber who was doing work for me at multiple locations. That relationship didn't work out because of lies and unethical business practices by Nate's former employer. I ran into Nate about a year later in a Home Depot and learned he was "wronged" by that same guy. While talking, I remembered Nate was the one always running around and doing the work with a big smile on his face. He is a very talented tradesman , and we started working together. For the next 6 years  up until his arrest earlier this year, he was a great sub contractor. He worked almost round-the-clock to get his business going and did excellent work. Nate was always hard working, knowledgeable in plumbing, electrical and other trades, and a pleasant person. He would help others on the job and was willing to stay late to get the job done right and on time. He enjoyed a good joke, always had a smile on his face, and talked about buying a rental property of his own in the future.

I admit I don't know the details of his current charges or any criminal history, but I hope Nate's work ethic and what he  has to contribute to his community will be considered in his sentencing so he will be allowed to have a "second chance" at the right time.    I believe Nate needs treatment, not just incarceration. He has a lot of knowledge to pass on and hopefully, with a successful substance treatment program, he can learn from this mess and pass on some valuable lessons to others so they don't make the same type of life- altering mistake.

Thank you for taking the time to read my letter.

Respectfully,

Kevin Hearn
E: KevinDHearn@gmail.com
C: 617-901-2035

EXHIBIT 3

(address redacted)

The Honorable Indira Talwani
United States District Judge
United States District Court for the District of Massachusetts
Moakley Federal Courthouse
Boston, MA 02210

Re:   Nate Boddie

Dear Judge Talwani:

I am a real estate developer with several properties in Rhode Island. I met Nate Boddie in 2021 when I needed some plumbing work done on a property I was remodeling in Tiverton, Rhode Island. I then hired him to do plumbing and heating work on a second property. He was in the middle of that project when he was arrested in February of this year.

I found Nate to be a hard worker with a good heart. He is a nice guy. His work was so good that I recommended him to a friend named Sergio Bispo to do heating and plumbing work. I know that Sergio's opinion about Nate is the same as mine.

I don't know anything about Nate's criminal case, but I hope that you will be lenient so he can return to the community as soon as possible. Reliable, skilled workers in the building trades are hard to find, and I'm sure he will find plenty of work once he completes his sentence.

Thank you for taking the time to read my letter.

Respectfully yours,

Luan Vokshi



08/03/23

The Honorable Indira Talwani
United States District Judge
United States District Court for the District of Massachusetts
Moakley Federal Courthouse
Boston, MA 02210

Re: Nathan Boddie

Dear Judge Talwani:

My name is Sean Hearn. I am a real estate investor in Rhode Island and Massachusetts and currently live in Pennsylvania. My relationship to Nathan has been a working relationship. I first met Nathan approx. 6 years ago on a job he was involved with helping another plumber. He was very knowledgeable about installing heating systems and plumbing, and we exchanged numbers. I have worked with Nathan ever since doing countless jobs from installing many boilers, furnaces, plumbing gas lines, etc.

As I mentioned Nathan's knowledge was impressive and his work ethic was tireless. He would work 10 -12 hour per days 5-6 days a week. He was always there when I needed him. Most recently he worked installing 9 new gas furnaces, duct work for 9 separate apartments, ran all new gas lines to these 9 apartments and stoves, and assisted in the plumbing aspect as well. He knew we were way over budget and came in at a great and fair price to me which led to even more work for Nathan. I remember I once asked him what he liked to do when he was not working and he replied "I just like to work. It keeps me busy and away from trouble." I remember walking into several job sites after 5pm and Nathan would be working while listening to a podcast on investing, bitcoin or personal development. He seems to have a passion to learn. We would often talk about how to scale up his business and to get subcontracting work from other plumbers.

I remember this one job we were doing and Nathan had a young high school kid with him approx. 16 years old as a helper. Nathan said he loved teaching younger guys this very valuable trade and he only wished more younger kids, not geared for college, would enter the field of plumbing, heating and ac. The young man really admired Nathan for his teaching ability and his patience. As I understand that kid's father knew Nathan and was in the business as well and wanted him specifically to train with Nate for these apparent qualities.

I always appreciated Nate's honesty. He could have told me I need a new boiler or something else that could have cost a lot more money than actually needed, as unfortunately some guys will

HEARN REAL ESTATE 373 Foxcroft Drive, Ivyland, PA 18974

- EXHIBIT 5 -



Page 2

do. But I never once had that issue with Nate. He almost always found a work around the problem and got somebody's heat going in January. He went out and did many jobs for me ranging from $50 to $5,000 and everything in between. I truly trusted Nate and I feel strongly to this day he never steered me wrong.

I am sure that Nate would like to get back to working for me and many others like me, along with teaching what he knows so well and contributing to society in a positive way. Judge Talwani, please be lenient with Nate. He evidently made some bad choices to be in this situation he finds himself in, but I can attest he will be a bigger asset to society the sooner he can get back to work then he will while he is incarcerated.

Thanks for your time in reading this letter and your consideration.

Sean Hearn
Hearn Real Estate
Owner

Giordano.jill@gmail.com
August 15, 2023

The Honorable Indira Talwani
United States District Judge for the District of Massachusetts
U.S. Courthouse
Boston, MA  02210

RE: Nathan Boddie

Dear Judge Talwani:

My name is Jill Giordano and I am Nathan's significant other.   Up until his
arrest we cohabited in Pawtucket, Rhode Island.  I was employed as the
Director of Youth Services at a nonprofit dealing primarily with acute at-risk
youth in the community placed via DCYF or the training school.  Nathan
and I have been in a relationship for the last 2 plus years.

Nathan was a breath of fresh air upon our first interaction and
remains so.  He is kind, compassionate and positive.  Even while
incarcerated he has the uncanny ability to quell my anxiety and make me
laugh.  He is insightful and intelligent while also being vulnerable and
gullible at times.  Nathan is a devoted partner and an amazing stepdad to
my 10 year old autistic son.

These last several months have been extremely difficult on myself
and my son, Chris.   Our lives have been completely turned upside down.
Nathan has shown an abundance of remorse and he is plagued with guilt.
He is remarkable in that he does not complain or feel bad for himself; he
instead is always concerned with my well-being and that of his stepson.
Nathan was always helping out the nonprofit I worked for and was a mentor
to the teenage boys placed in our care.   He was just a phone call away
when any plumbing issue, or really any maintenance issue I couldn't handle
alone, came about.    He devoted many hours to snaking the constantly

- EXHIBIT 6 -

Judge Talwani
August 15, 2023
Page 2

clogged toilets along with fixing sinks, leaks and a multitude of
miscellaneous maintenance.   Nathan also volunteered his time to just sit
and talk with the boys building a mentor/mentee relationship.

Please take Nathan's character into consideration when deciding his
sentence.   He is a business owner, active in the community with at-risk
youth, and the glue that holds our family together.  From past experience
and intimately knowing Nathan for who he truly is, I know he will make
endless positive contributions  to the community and our family if he is
given a chance to do so.

Thank you for taking the time to read this letter.

Respectfully,

Jill Giordano

September 10, 2023

To The Honorable Indira Talwani
United States District Judge

RE: Nathan Boddie

Dear Judge Talwani:

My name is Carol Wells Giordano and I reside in Providence.   I am the Director of
Pretrial Services for the state of Rhode Island.  I have gotten to know Nathan Boddie
over the past two years as he has been involved in a relationship with my daughter, Jill.

While working as a professional in the human services field for 40 plus years with a
MSW from NYU,  I have gained extensive experience working with clients diagnosed
with Substance Use Disorder ["SUD"] .  The disease model, along with trauma informed
care, is now the accepted norm, and Nathan has struggled with the disease of addiction
since being prescribed opiates over a decade ago.

Early adverse childhood experiences and trauma in general are scientifically proven to
be not just a positive correlation with SUD, as shown in a published the Kaiser study,
but also, according to the world-renowned addiction and trauma specialist, Dr. Gabor
Mate, causation for SUD.   In Nathan's case, I believe that the sexual abuse he suffered
as a child, along with other adverse experiences including his parent's contentious
divorce and his mother's suicide attempt, were consequential.

I have known Nathan personally for several years and have seen his achievements and
struggles.   Nathan is an intelligent, kind , and empathetic man.   He is an asset to the
community and is known for donating his time and services to nonprofits, group homes
in particular whose demographic is young men from the training school or placed by
DCYF.  I have seen the passion he has for these boys and the selflessness he exhibits.

Nathan has made some serious errors in judgment, but those mistakes should not
define him as a person.  He has an abundance of drive and potential that are honestly
being wasted with him being incarcerated.  We are losing a great asset to the
community, and it is my hope that the Court will take his character into consideration in
fashioning an appropriate sentence.

Respectfully yours,

Carol Wells Giordano, LMSW

Carol Wells Giordano



- EXHIBIT  7      -

## Transcript for NATHAN BODDIE | CollaborNation®

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Jun 24, 2023 | Jun 24, 2023 | 0.05 | 0.50 | Passed | 0 | - | Jun 24, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | Jun 25, 2023 | Jun 26, 2023 | 0.05 | 0.50 | Passed | 0 | - | Jun 26, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Jun 24, 2023 | Jun 24, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jun 24, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | 0.2 | 2.00 | Passed | 90 | - | Jun 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Jun 25, 2023 | Jun 25, 2023 | 0.1 | 1.00 | Passed | 90 | - | Jun 25, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | 0.08 | 0.75 | Passed | 0 | - | Jun 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Computer Skills | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | 0.15 | 1.50 | Passed | 100 | - | Jun 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Becoming Tech Savvy | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | 0.15 | 1.50 | Passed | 100 | - | Jun 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jun 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Beyond Email | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jun 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Communication | E-Learning Course | Jun 29, 2023 | Jun 29, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jun 29, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Ethical Decisions | E-Learning Course | Jun 29, 2023 | Jun 29, 2023 | 0.17 | 1.67 | Passed | 100 | - | Jun 29, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Managerial Ethics | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.13 | 1.34 | Passed | 100 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Organizational Ethics | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.15 | 1.50 | Passed | 0 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, |

- EXHIBIT 8 -

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | NY |
| Business Ethics: Unethical Behavior | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Whistle-Blowing | E-Learning Course | Aug 18, 2023 | Aug 18, 2023 | 0.08 | 0.75 | Passed | 0 | - | Aug 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Critical Thinking and Information Analysis | E-Learning Course | Aug 10, 2023 | Aug 10, 2023 | 0.13 | 1.34 | Passed | 85 | - | Aug 10, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem Solving in the Corporate World | E-Learning Course | - | - | 0.08 | 0.84 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem-Solving Basics | E-Learning Course | Aug 10, 2023 | Aug 10, 2023 | 0.13 | 1.25 | Passed | 100 | - | Aug 10, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem-Solving Process | E-Learning Course | - | - | 0.17 | 1.67 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem-Solving Teams | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bystander Intervention Training | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Career Experiences | E-Learning Course | Jul 16, 2023 | Jul 16, 2023 | 0.2 | 2.00 | Passed | 100 | - | Jul 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Career Planning and Salary | E-Learning Course | Jul 16, 2023 | Jul 16, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Careers Without College | E-Learning Course | Jul 16, 2023 | Jul 16, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Choosing the Best Solution | E-Learning Course | Jun 24, 2023 | Jun 24, 2023 | 0.15 | 1.50 | Passed | 85 | - | Jun 24, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Coaching: Coaching Diverse Employees | E-Learning Course | - | - | 0.13 | 1.34 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Coaching: Communication | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Coaching: Fundamentals Of Coaching | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Coaching: Interpersonal Meetings | E-Learning Course | - | - | 0.08 | 0.75 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Coaching: The Coaching Process | E-Learning Course | Aug 10, 2023 | Aug 18, 2023 | 0.15 | 1.50 | Passed | 100 | - | Aug 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Cognitive Awareness | E-Learning Course | Jun 24, 2023 | Jun 24, 2023 | 0.1 | 1.00 | Passed | 0 | - | Jun 24, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest (Corrections) | E-Learning Course | Jul 15, 2023 | Jul 15, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest: Topic 1 (Corrections) | E-Learning Course | Jul 15, 2023 | Jul 16, 2023 | - | * | Passed | 0 | - | No | - | - |
| Conflicts of Interest: Topic 2 (Corrections) | E-Learning Course | Jul 15, 2023 | Jul 16, 2023 | - | * | Passed | 100 | - | No | - | - |
| Construction Hazards | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Contentious Relationships | E-Learning Course | Jun 25, 2023 | Jun 25, 2023 | 0.15 | 1.50 | Passed | 90 | - | Jun 25, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creativity and Innovation: Creative Thinking Basics | E-Learning Course | Aug 10, 2023 | Aug 10, 2023 | 0.13 | 1.34 | Passed | 0 | - | Aug 10, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Critical Thinking and Decision-Making | E-Learning Course | Jun 24, 2023 | Jun 24, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jun 24, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Cultural Competence (Corrections) | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | 0.03 | 0.33 | Passed | 0 | - | Jun 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Diversity, Equity, and Inclusion Training (Corrections) | E-Learning Course | Aug 18, 2023 | Aug 18, 2023 | 0.1 | 1.00 | Passed | 100 | - | Aug 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Domestic Abuse | E-Learning Course | Jun 25, 2023 | Jun 25, 2023 | 0.2 | 2.00 | Passed | 91 | - | Jun 25, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Email Basics | E-Learning Course | Aug 7, 2023 | Aug 7, 2023 | 0.1 | 1.00 | Passed | 100 | - | Aug 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Equal Opportunity 101 (Corrections) | E-Learning Course | Aug 7, 2023 | - | 0.02 | 0.17 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Ergonomics | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.08 | 0.75 | Passed | 100 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Ergonomics MSDs | E-Learning Course | Aug 10, 2023 | Aug 10, 2023 | 0.1 | 1.00 | Passed | 90 | - | Aug 10, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Freelance Work | E-Learning Course | Aug 7, 2023 | Aug 7, 2023 | 0.05 | 0.50 | Passed | 83 | - | Aug 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Grammar | E-Learning Course | Aug 7, 2023 | Aug 7, 2023 | 0.15 | 1.50 | Passed | 100 | - | Aug 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Honest Jobs | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.03 | 0.25 | Passed | 0 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction and Understanding of OSHA | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.08 | 0.75 | Complete | 0 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction to Gmail | E-Learning Course | Aug 7, 2023 | Aug 7, 2023 | 0.1 | 1.00 | Passed | 88 | - | Aug 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Stress | E-Learning Course | Jun 25, 2023 | Jun 25, 2023 | 0.1 | 1.00 | Passed | 0 | - | Jun 25, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Marchman Act: The Florida Substance Abuse Impairment Act | E-Learning Course | Jun 25, 2023 | - | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Marchman Act: The Florida Substance Abuse Impairment Act | E-Learning Course | Jun 28, 2023 | - | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Math Skills: Geometry and Measurement | E-Learning Course | Jun 26, 2023 | Jul 8, 2023 | 0.25 | 2.50 | Passed | 100 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Math Skills: Geometry and Measurement | E-Learning Course | Aug 7, 2023 | Aug 10, 2023 | 0.25 | 2.50 | Passed | 100 | - | Aug 10, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Math Skills: Number Sense and Basic Algebra | E-Learning Course | Jun 28, 2023 | Jun 29, 2023 | 0.25 | 2.50 | Passed | 100 | - | Jun 29, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Money Basics | E-Learning Course | Aug 7, 2023 | Aug 7, 2023 | 0.2 | 2.00 | Passed | 100 | - | Aug 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | NY |
| Motivation: Identifying, Planning, and Implementing: Basics Of Motivation | E-Learning Course | Jun 26, 2023 | Jun 26, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jun 26, 2023 | CypherWorx Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Motivation: Identifying, Planning, and Implementing: Positive Mental Attitude | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jun 28, 2023 | CypherWorx Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Motivation: Identifying, Planning, and Implementing: The Core Four | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jun 28, 2023 | CypherWorx Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Motivation: Identifying, Planning, and Implementing: The Motivation Process | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jun 28, 2023 | CypherWorx Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Motivation: Identifying, Planning, and Implementing: Using What You've Learned (Corrections) | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jun 28, 2023 | CypherWorx Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Corrections | E-Learning Course | Jun 26, 2023 | Jun 26, 2023 | 0.1 | 1.00 | Passed | 0 | - | Jun 26, 2023 | CypherWorx. Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Responsibility | E-Learning Course | Jun 26, 2023 | Jun 26, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jun 26, 2023 | CypherWorx Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Online Money Tips | E-Learning Course | Aug 10, 2023 | Aug 10, 2023 | 0.1 | 1.00 | Passed | 83 | - | Aug 10, 2023 | CypherWorx Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Substance Abuse | E-Learning Course | Jun 25, 2023 | Jun 25, 2023 | 0.15 | 1.50 | Passed | 93 | - | Jun 25, 2023 | CypherWorx Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Welcome to the CypherWorx LCMS - ViePath | E-Learning Course | Jun 28, 2023 | Jun 28, 2023 | - | 0.25 | Complete | 0 | - | Jun 28, 2023 | - | - |
| Workplace Basics | E-Learning Course | Aug 10, 2023 | Aug 10, 2023 | 0.1 | 1.00 | Passed | 100 | - | Aug 10, 2023 | CypherWorx Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |